# Court of Appeals, State of Michigan

## ORDER

David Sinclair v City of Grosse Pointe Farms

Docket Nos. 319317; 319318; 319319; 319368; 319370; 319371

LC Nos. 11-011115-NZ; 13-007152-NZ; 13-007151-NZ; 13-007154-NZ; 13-007156-NZ; 11-015209-NZ

Michael J. Talbot, C.J.
Presiding Judge

William B. Murphy

Elizabeth L. Gleicher
Judges

The Court orders that the June 4, 2015 unpublished per curiam opinion is hereby AMENDED to correct a clerical error. The last paragraph found on page 24 of the majority's slip opinion now reads:

"We reverse in part the circuit court's grant of summary disposition in docket numbers 319317, 319318 and 319319, as explained in this opinion, affirm in part the circuit court's denial of summary disposition in docket numbers 319368, 319370 and 319371, as explained in this opinion, and remand for further proceedings."

In all other respects, the June 4, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 05 2015
Date

Chief Clerk